UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22316-CIV-SINGHAL

JULIE GOLD,
*on behalf of herself and all others similarly situated*,

      Plaintiff,

v.

UNIVERSITY OF MIAMI,

      Defendant.
_____/

## ORDER TO SHOW CAUSE AND
## SETTING STATUS CONFERENCE

**THIS CAUSE** is before the Court upon the Notice of Pending, Refiled, Related or Similar Actions (DE [9]) filed by Defendant, University of Miami. The Court has carefully reviewed the record and is otherwise fully advised in the record.

Federal Rule of Civil Procedure 42(a) authorizes the district court to consolidate cases when the cases involve common questions of law or fact. "This rule is a codification of a trial court's inherent managerial power 'to control the disposition of the causes on its docket with the economy of time and effort for itself, for counsel and for litigants.'" *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (citations omitted). It appears that the following actions, now all pending before the undersigned, are appropriate for consolidation according to the considerations set forth by the Eleventh Circuit in *Hendrix*:

1. *Dimitryuk v. University of Miami,* Case No. 20-60851-CIV-SINGHAL
2. *Weiss v. University of Miami,* Case No. 20-22207-CIV-SINGHAL
3. *Gold v. University of Miami*, Case No. 20-22316-CIV-SINGHAL
4. *Dixon v. University of Miami*, Case No. 20-22549-CIV-SINGHAL

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall show cause by **July 24, 2020** why these actions should not be consolidated. Additionally, a joint status conference will be held via Zoom on **July 29, 2020 at 11:00 a.m.** Parties can access the Zoom conference with Meeting ID: 161 436 9153; Password: 4343.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of July 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF